

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
Suite 700
White Plains, NY 10606

TEL 914 949 2909
FAX 914 949 5424
www.eckertseamans.com

**Thomas M. Smith**
Direct Dial: 914.286.2807
*tsmith@eckertseamans.com*

June 3, 2011

*Via Electronic Filing*

Hon. Roanne L. Mann
Magistrate Judge
U.S.D.C. Eastern District of New York
26 Cadman Plaza
Brooklyn, NY 11201

       Re:  Annemarie Purpura v. Joseph Pizzurro
           10-CV-1146 (FB/RLM)

Dear Judge Mann:

    We submit this letter to object to the Defendant's filing of a "Pre-Trial Order" this afternoon. This document is prejudicial to the Plaintiff and would result in unfair surprise at trial. The document does not identify witnesses, for example: "other contractors or specialists". The document does not identify exhibits, for example: "receipts" and "list of repairs". We fail to understand why this was not submitted in a timely fashion. We would not have objected if counsel for Defendant had called or submitted this proposal earlier so that we might discuss the problems with the document.

    We submit that waiting until after Plaintiff has filed with the Court a Proposed Pre-trial Order, smacks of the worst type of brinkmanship. Accordingly, Defendant's submission should be stricken. Thank you for your consideration of the foregoing.

           Sincerely,

           Thomas M. Smith
           *tsmith@eckertseamans.com*

TMS/lmd

Cc:  Marc J. Ialenti, Esq. (*Via Electronic Filing*)